FILED

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

2011 AUG 17 P 1:37

CLERK US DISTRICT COURT
ALEXANDRIA, VIRGINIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | |
| ) DOCKET NO. 1:11-MJ-704 | |
| ASHLEY E. MARTIN ) | |
| ) INITIAL APPEARANCE: Sep 7, 2011 | |
| ) | |

CRIMINAL INFORMATION

COUNT I (Misdemeanor 2911332)

THE UNITED STATES ATTORNEY CHARGES THAT:

On or about June 29, 2011, at Fort Belvoir, Virginia, within the special maritime and territorial jurisdiction of the United States in the Eastern District of Virginia, the defendant, ASHLEY E. MARTIN, did unlawfully operate a motor vehicle while under the influence of alcohol.

(In violation of Title 18, United States Code, Section 13 assimilating Section 18.2-266(ii), Code of Virginia 1950, as amended.)

## COUNT II (Misdemeanor 2911333)

THE UNITED STATES ATTORNEY CHARGES THAT:

On or about June 29, 2011, at Fort Belvoir, Virginia, within the special maritime and territorial jurisdiction of the United States in the Eastern District of Virginia, the defendant, ASHLEY E. MARTIN, did willfully, knowingly and unlawfully fail to bring her vehicle to a stop after having received a visible and audible signal from a law enforcement officer and attempted to escape or elude the police officer while in the vehicle.

(In violation of Title 18, United Sates Code, Section 13 assimilating Section 46.2-817, Code of Virginia 1950, as amended.)

NEIL H. MacBRIDE
UNITED STATES ATTORNEY

By: _____
May Sena
Special Assistant
United States Attorney
Office of the United States Attorney
2100 Jamieson Avenue
Alexandria, Virginia 22314
(703)299-3776
Fax (703) 805-1042
May.Sena@usdoj.gov

Fort Belvoir, VA
August 15, 2011

CERTIFICATE OF SERVICE

I hereby certify that on August 15, 2011, I mailed, postage prepaid, a true and accurate copy of the Criminal Information herein filed to Ashley E. Martin at her address of record.

Karen L. Shaner
Administrative Assistant
Fort Belvoir, VA 22060-5186